IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:13-CV-00706 |
| v. | ) ) ) | |
| CAROLINA MATTRESS GUILD, INC., | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF RESTORATION OF FUNDING AND EXTENDED DEADLINES

Plaintiff, Equal Employment Opportunity Commission ("EEOC"), in accordance with the Court's order dated October 4, 2013 [Doc. No. 6], submits the following notice.

1. Appropriations for funding federal government operations have been restored as of midnight on October 16, 2013. Accordingly, the EEOC resumed its business operations on October 17, 2013.

2. EEOC further notifies the Court that to date, no deadlines have been set by the Court in the above-captioned matter, and no other deadlines were affected herein as a result of the lapse in government funding.

DATED this 17th day of October, 2013.

Respectfully submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
By: **/s/ Darryl L. Edwards**
Darryl L. Edwards (PA Bar I.D. No. 205906)

Trial Attorney
Email: darryl.edwards@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC 28202
Direct Dial: (704) 954-6467
Facsimile:   (704) 954-6412

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date filed the foregoing **Notice of Restoration of Funding and Extended Deadlines** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Counsel for Defendant**

Kevin S. Joyner
Kevin.Joyner@ogletreedeakins.com

Respectfully submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
By:   **/s/ Darryl L. Edwards**_____
Darryl L. Edwards (PA Bar I.D. No. 205906)
Trial Attorney
Email: darryl.edwards@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC 28202
Direct Dial: (704) 954-6467
Facsimile:   (704) 954-6412